

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-13-00217-CV**

**IN RE HARI B. ANCHA**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

The petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(d). Real-party-

in-interest's motion for sanctions is denied.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed August 15, 2013
[OT06]